UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| ILLINOIS HEALTH EDUCATION ) | | Case No. 10-13314 |
| CONSORTIUM, ) | | |
| ) | | |
| Debtor. ) | | Honorable Carol A. Doyle |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed its voluntary petition under Chapter 7 on March 26, 2010.

2. The first meeting of creditors was held on May 27, 2010.

3. On May 25, 2010, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the May 25, 2010 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. U&H is requesting the allowance and payment of $1,569.50, in compensation for 6.70 hours of services performed during the period from May 3, 2010 through July 10, 2011.

5. A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6. <u>Employment of Bankruptcy Counsel</u>. U&H provided 2.10 hours of services to the Trustee with a value of $571.50 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel. The services included drafting and revising the motion and reviewing the firm's conflict check. The motion was granted on May 25, 2010.

7. Lease Issues. U&H provided 4.60 hours of services to the Trustee with a value of $998.00 in connection with the Debtor's commercial lease. These services included a review of the lease documents and drafting the Trustee's Motion to Reject Unexpired Lease of Commercial Property and the proposed order. These services also included communications with the Landlord and the Trustee regarding the lease rejection and the Landlord's proof of claim.

8. Summary of Services. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.10 | $571.50 |
| Lease Issues | 4.60 | $998.00 |
| TOTALS | 6.70 | $1,569.50 |

9. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

10. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Blended Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | .20 | $495.00 | $99.00 |
| Patrick F. Ross | 6.50 | $226.23 | $1,470.50 |
| TOTAL | 6.70 | | $1,569.50 |

11. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

12. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

2

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $1,569.50 for legal services rendered in this case.

DATE:  July 5, 2012                                     Respectfully Submitted

                                                        UNGARETTI & HARRIS LLP

                                                        /s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com