UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                       §
                                             §
ILLINOIS HEALTH EDUCATION                    §    Case No. 10-13314 CAD
CONSORTIU
                                             §
          Debtor(s)                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    KENNETH S. GARDNER
                    CLERK OF THE COURT
                    219 South Dearborn Street
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/05/2012 in Courtroom 742,
                    United States Courthouse
                    219 South Dearborn Street
                    Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                    By: /s/ R. SCOTT ALSTERDA, TRUSTEE


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ILLINOIS HEALTH EDUCATION § Case No. 10-13314 CAD
CONSORTIU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 56,574.78 |
| and approved disbursements of | $ | 719.98 |
| leaving a balance on hand of[1] | $ | 55,854.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 6,078.74 | $ 0.00 | $ 6,078.74 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 1,569.00 | $ 0.00 | $ 1,569.00 |
| Other: International Sureties, Ltd. | $ 90.31 | $ 90.31 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,647.74 |
| Remaining Balance | | $ | 48,207.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,027.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  58.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | $ 987.28 | $ 0.00 | $ 573.23 |
| 000002 | L J Sheridan & Co | $ 82,040.32 | $ 0.00 | $ 47,633.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 48,207.06 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Illinois Health Education Consortium  
    Debtor

Case No. 10-13314-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 3     Date Rcvd: Aug 03, 2012  
                     Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2012.

```
db            #+Illinois Health Education Consortium,    310 South Peoria #404,    Chicago, IL 60607-3564
15322852       #AT&T,    PO Box 8100,    Aurora, IL  60507-8100
15322850       +Accountemps,    12400 Collections Center Drive,    Chicago, IL 60693-0124
15322853       +Blue Cross & Blue Shield of IL,    c/o Clarita Santos, Director,    300 E. Randolph St., 19th Fl.,
                 Chicago, IL 60601-7408
15322854       +Blue Cross Blue Shield of Illinois,    300 E. Randolph St.,    Chicago, IL 60601-5099
15322859       +Carla Green,    3180 N. Lake Shore Drive,    Apt. 11C,    Chicago, IL 60657-4850
15322855       +City of Chicago,    Office of City Comptroller,    Room 700, 33 N. LaSalle St.,
                 Chicago, IL 60602-3421
15322856        Communication Revolving Fund,    A&R Shared Service Center,    PO Box 7199,
                 Springfield, IL 62791-7199
15322857       +Dept. of Health & Human Services,    c/o Mohammed Rahman,    555 31st St.,
                 Downers Grove, IL 60515-1235
15322858        FedEx,    PO Box 94515,    Palatine, IL  60094-4515
15322860       +IL Critical Access Hospital Network,    c/o Pat Schou, Executive Director,
                 245 Backbone Road East,    Princeton, IL 61356-8652
15322861       +IL Dept. of Public Health for Rural,    c/o Marc Gibbs,    535 W. Jefferson St.,
                 Springfield, IL 62761-0002
15322862       +Illinois Dept. of Public Health,    c/o George Dirks, Grants Manager,    535 W. Jefferson St.,
                 Springfield, IL 62761-0002
15322869       +Kena Norris,    633 S. Plymouth,    Chicago, IL 60605-1845
15322863       +L J Sheridan & Co,    940 W Adams, Suite 400,    Chicago, Illinois 60607-3045
15322865       +Levi, Ray & Shoup, Inc.,    2401 W. Monroe St.,    Springfield, Il 62704-1439
15322866       +Midwest Copier Exchange WI,    3300 Washington Street,    Waukegan, IL 60085-4716
15322868       +Midwestern University,    c/o Karen J. Nichols, Dean,    555 31st St.,
                 Downers Grove, IL 60515-1235
15322870        Office Depot Credit Plan,    PO Box 689020,    Des Moines, IA  50368-9020
15460145       +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH DRIVE,    CHICAGO, ILLINOIS 60601-6203
15322871       +Patricia Parsons,    6033 N. Sheridan Road,    Unit 39A,    Chicago, IL 60660-3034
15322872       +People's Gas,    130 East Randolph Street,    Chicago, IL 60601-6302
15322875       +Polk Bros. Foundation,    c/o Sandra P Guthman, CEO,    20 W. Kinzie St., Suite 1110,
                 Chicago, IL 60654-5815
15322876        RMS,    PO Box 4647,    Timonium, MD  21094-4647
15322877       #The Hartford,    PO Box 2907,    Hartford, CT  06104-2907
15322878        University of Illinois at Chicago,    Grants and Contracts (MC 551),
                 Office of Business & Financial Services,    809 South Marshfield Ave, 511 MB,    Chicag
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15322873       E-mail/Text: bankruptcy@pb.com Aug 03 2012 23:05:26      Pitney Bowes,    World Headquarters,
                 1 Elmcroft Road,    Stamford, CT 06926-0700
15322851       E-mail/PDF: cbp@slfs.com Aug 04 2012 02:10:07      American General Life Companies,    PO Box 30066,
                 Tampa, FL 33630-3066
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15322864*      +L J Sheridan & Co,    940 W Adams, Suite 400,    Chicago, Illinois 60607-3045
15322867*      +Midwest Copier Exchange WI,    3300 Washington Street,    Waukegan, IL 60085-4716
15322874*       Pitney Bowes,    World Headquarters,    1 Elmcroft Road,    Stamford, CT 06926-0700
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1           User: tmaurer              Page 2 of 3            Date Rcvd: Aug 03, 2012
                               Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3           Date Rcvd: Aug 03, 2012
                              Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2012 at the address(es) listed below:
          David P Leibowitz    on behalf of Debtor   Illinois Health Education Consortium
           dleibowitz@lakelaw.com,   czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
                                                                                                          TOTAL: 5