UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
ILLINOIS HEALTH EDUCATION         §    Case No. 10-13314
CONSORTIU
                                                §
        Debtor(s)                           §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Accountemps 12400 Collections Center Drive Chicago, IL 60693 | | | | | |
| | American General Life Companies PO Box 30066 Tampa, FL 33630-3066 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross & Blue Shield of IL c/o Clarita Santos, Director 300 E. Randolph St., 19th Fl. Chicago, IL  60601 | | | | | |
| | Blue Cross Blue Shield of Illinois 300 E. Randolph St. Chicago, IL  60601 | | | | | |
| | Carla Green 3180 N. Lake Shore Drive Apt. 11C Chicago, IL  60657 | | | | | |
| | City of Chicago Office of City Comptroller Room 700, 33 N. LaSalle St. Chicago, IL 60602 | | | | | |
| | Communication Revolving Fund A&R Shared Service Center PO Box 7199 Springfield, IL 62791-7199 | | | | | |
| | Dept. of Health & Human Services c/o Mohammed Rahman 555 31st St. Downers Grove, IL  60515 | | | | | |
| | FedEx PO Box 94515 Palatine, IL  60094-4515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Critical Access Hospital Network c/o Pat Schou, Executive Director 245 Backbone Road East Princeton, IL  61356 | | | | | |
| | IL Dept. of Public Health for Rural c/o Marc Gibbs 535 W. Jefferson St. Springfield, IL  62761 | | | | | |
| | Illinois Dept. of Public Health c/o George Dirks, Grants Manager 535 W. Jefferson St. Springfield, IL  62761 | | | | | |
| | Kena Norris 633 S. Plymouth Chicago, IL  60605 | | | | | |
| | L J Sheridan & Co 940 W Adams, Suite 400 Chicago, Illinois 60607 | | | | | |
| | Levi, Ray & Shoup, Inc. 2401 W. Monroe St. Springfield, Il 62704 | | | | | |
| | Midwest Copier Exchange WI 3300 Washington Street Waukegan, IL  60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwestern University c/o Karen J. Nichols, Dean 555 31st St. Downers Grove, IL 60515 | | | | | |
| | Office Depot Credit Plan PO Box 689020 Des Moines, IA 50368-9020 | | | | | |
| | Patricia Parsons 6033 N. Sheridan Road Unit 39A Chicago, IL  60660 | | | | | |
| | People's Gas 130 East Randolph Street Chicago, IL 60601 | | | | | |
| | Pitney Bowes World Headquarters 1 Elmcroft Road Stamford, CT 06926-0700 | | | | | |
| | Polk Bros. Foundation c/o Sandra P Guthman, CEO 20 W. Kinzie St., Suite 1110 Chicago, IL  60610 | | | | | |
| | RMS PO Box 4647 Timonium, MD  21094-4647 | | | | | |
| | The  Hartford PO Box 2907 Hartford, CT  06104-2907 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University of Illinois at Chicago Grants and Contracts (MC 551) Office of Business & Financial Services 809 South Marshfield Ave, 511 MB Chicago, IL  60612-7205 | | | | | |
| 000002 | L J SHERIDAN & CO | | | | | |
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-13314 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | ILLINOIS HEALTH EDUCATION CONSORTIU | | | Date Filed (f) or Converted (c): | 03/26/10 (f) |
| | | | | 341(a) Meeting Date: | 05/27/10 |
| For Period Ending: 10/19/12 | | | | Claims Bar Date: | 07/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Downers Grove National Downers | 56,983.15 | 56,983.15 | | 56,543.84 | FA |
| 2. Grants receivable - Midwestern University Not deem | 3,100.00 | 0.00 | | 0.00 | FA |
| 3. Grants Receivable Chicago Dept. of Health & Immuni | 4,978.00 | 0.00 | | 0.00 | FA |
| 4. Office Furniture 310 South Peoria #404 Chicago, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Software Chicago, IL | 500.00 | 0.00 | | 0.00 | FA |
| 6. Office Equipment Chicago, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Leasehold Improvements Chicago, IL | 200.00 | 0.00 | | 0.00 | FA |
| 8. Copier - Midwest Copier Exchange Chicago, IL | 100.00 | 0.00 | | 0.00 | FA |
| 9. Copier - Western Illinois Office | 100.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.40 | Unknown |

TOTALS (Excluding Unknown Values)   $67,961.15   $56,983.15   $56,575.24

Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Final Report.

Initial Projected Date of Final Report (TFR): 04/30/11     Current Projected Date of Final Report (TFR): 07/20/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-13314 -CAD |
| Case Name: | ILLINOIS HEALTH EDUCATION CONSORTIU |
| Taxpayer ID No: | *******5958 |
| For Period Ending: | 10/19/12 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9768 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 55,855.26 | | 55,855.26 |
| * 09/14/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-003 | | 6,078.72 | 49,776.54 |
| * 09/14/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-003 | | -6,078.72 | 55,855.26 |
| * 09/14/12 | 030002 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000003, Payment 100.00000% | 3110-003 | | 1,569.00 | 54,286.26 |
| * 09/14/12 | 030002 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000003, Payment 100.00000% | 3110-003 | | -1,569.00 | 55,855.26 |
| * 09/14/12 | 030003 | PEOPLES GAS LIGHT & COKE COMPANY 130 EAST RANDOLPH DRIVE CHICAGO, ILLINOIS 60601 | Claim 000001, Payment 58.06256% | 7100-003 | | 573.24 | 55,282.02 |
| * 09/14/12 | 030003 | PEOPLES GAS LIGHT & COKE COMPANY 130 EAST RANDOLPH DRIVE CHICAGO, ILLINOIS 60601 | Claim 000001, Payment 58.06256% | 7100-003 | | -573.24 | 55,855.26 |
| * 09/14/12 | 030004 | L J Sheridan & Co 940 W Adams, Suite 400 Chicago, Illinois 60607 | Claim 000002, Payment 58.06206% | 7100-003 | | 47,634.30 | 8,220.96 |
| * 09/14/12 | 030004 | L J Sheridan & Co 940 W Adams, Suite 400 Chicago, Illinois 60607 | Claim 000002, Payment 58.06206% | 7100-003 | | -47,634.30 | 55,855.26 |
| 09/14/12 | 030005 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 6,078.72 | 49,776.54 |
| 09/14/12 | 030006 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000003, Payment 100.00000% | 3110-000 | | 1,569.50 | 48,207.04 |
| 09/14/12 | 030007 | PEOPLES GAS LIGHT & COKE COMPANY 130 EAST RANDOLPH DRIVE CHICAGO, ILLINOIS 60601 | Claim 000001, Payment 58.06154% | 7100-000 | | 573.23 | 47,633.81 |
| 09/14/12 | 030008 | L J Sheridan & Co 940 W Adams, Suite 400 Chicago, Illinois 60607 | Claim 000002, Payment 58.06146% | 7100-000 | | 47,633.81 | 0.00 |

PFORM24 UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.00b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-13314 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | ILLINOIS HEALTH EDUCATION CONSORTIU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8990 BofA - Money Market Account |
| Taxpayer ID No: | *******5958 | | |
| For Period Ending: | 10/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/10 | 1 | Downers Grove National Bank 5140 Main St. Downers Grove, IL 60515 | Checking account balance | 1129-000 | 56,543.84 | | 56,543.84 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.15 | | 56,544.99 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.40 | | 56,547.39 |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.33 | | 56,549.72 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.39 | | 56,552.11 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 56,554.52 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.32 | | 56,556.84 |
| 10/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.40 | | 56,559.24 |
| 11/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.33 | | 56,561.57 |
| 12/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.40 | | 56,563.97 |
| 01/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.40 | | 56,566.37 |
| 02/07/11 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 45.26 | 56,521.11 |
| 02/28/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.43 | | 56,521.54 |
| 03/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 56,522.02 |
| 04/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 56,522.48 |
| 05/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 56,522.97 |
| 06/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 56,523.43 |
| 07/29/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 56,523.91 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 56,524.39 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 56,524.85 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 56,525.33 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.01 | 56,453.32 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 56,453.78 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 69.60 | 56,384.18 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 56,384.65 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 69.51 | 56,315.14 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 56,315.62 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.86 | 56,241.76 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 56,242.21 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 45.05 | 56,197.16 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 66.84 | 56,130.32 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 56,130.79 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 69.02 | 56,061.77 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 56,062.23 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.23 | 55,991.00 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,991.47 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.14 | 55,920.33 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 55,920.78 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 66.46 | 55,854.32 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 55,854.80 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-13314 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | ILLINOIS HEALTH EDUCATION CONSORTIU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8990  BofA - Money Market Account |
| Taxpayer ID No: | *******5958 | | |
| For Period Ending: | 10/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.46 | | 55,855.26 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 55,855.26 | 0.00 |

**Total Of All Accounts       0.00**